PROB12C
(12/02)

# United States District Court
**for**
The District of Rhode Island

## Petition for Summons for Offender Under Supervision

**Name of Offender:** Juan Rudolfo Ferro **Case Number:** CR03-0048-01L CR04-0001-01L

**Name of Sentencing Judicial Officer:** Honorable Ronald R. Lagueux
Senior U.S. District Judge

**Re-Assigned Judicial Officer:** Honorable Mary M. Lisi
Chief U.S. District Judge

**Date of Original Sentence:** March 31, 2004

**Original Offense:** **CR03-0048-01:** Count 1: Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 500 Grams of Cocaine in violation of 21 USC § 846; and Count 2: Distribution in Excess of 500 Grams of Cocaine in violation of 21 USC §§ 841(a)(1) and (b)(1)(B).

**CR04-0001-01:** Count 1: Making a Materially False Statement in violation of 18 USC §1001.

**Original Sentence:** **CR03-48-0001:** 37 months Bureau of Prisons and 5 years supervised release, concurrent on each count and concurrent with CR04-0001-01.

**CR04-0001-01:** 37 months Bureau of Prisons and 3 years supervised release, concurrent with CR03-0048-01.

As to both cases, a special condition of supervised release was imposed requiring the defendant to remain outside of the United States if deported.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** January 25, 2006

**Assistant U.S. Attorney:** Mary E. Rogers, Esq. **Defense Attorney:** James T. McCormick, Esq.

---

### PETITIONING THE COURT

☒ To issue a **Summons**

The probation officer believes that the offender has violated the following condition of supervision:

| **Condition Violated** | **Nature of Noncompliance** |
|---|---|
| **Standard Condition** | **"While on supervision, the defendant shall not commit another federal, state, or local crime."** |

On January 25, 2006, the defendant was released from the Bureau of Prisons custody on two separate federal cases (CR03-00048-01L & CR04-00001-01L). He was deported on February 21, 2006. On October 24, 2007, the defendant was indicted in U.S. District Court for the District of Rhode Island for Illegally Re-Entering the United States on or about October 8, 2007 and for Producing False United States Documentation (CR07-0137-01ML). The defendant's Court name in that case is identified as Juan Rudolfo Ferro-Padilla.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Summons so that the defendant can appear and answer to the alleged violations.

Mr. Ferro is scheduled to appear before the Honorable Mary M. Lisi, Chief U.S. District Judge on March 5, 2008 at 10:00 AM for a Change of Plea Hearing under Criminal Number CR07-0137-01ML.

Reviewed & Approved By:

Barry Weiner

Barry J. Weiner
Chief U.S. Probation Officer
Date: 02/21/08

I declare under the penalty of perjury that the foregoing is true and correct:

Mau Bradley

Maureen Bradley
Supervising U.S. Probation Officer
Date: 02/21/08

## The Court Orders

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☑ The Issuance of a Summons
- ☐ Other

Mary M. Lisi

Honorable Mary M. Lisi
Chief U.S. District Judge

2/25/08
Date